IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
ST. JOSEPH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.   5:13-cr-06010-FJG-2 |
| TERRANCE PRESZLER, | ) | |
| Defendant. | ) | |

## ACCEPTANCE OF PLEA OF GUILTY
## AND ADJUDICATION OF GUILT

Pursuant to the Report and Recommendation of United States Magistrate Judge Robert E. Larsen (Doc. #38 filed on February 15, 2014), to which no objection has been filed, the plea of guilty to Count 21 of the Superseding Indictment which was filed on January 28, 2014, is now accepted.   Defendant is adjudged guilty of such offense(s). Sentencing will be set by subsequent order of the court.

 _/s/ **Fernando J. Gaitan, Jr.**_
Fernando J. Gaitan, Jr.
United States District Judge

Dated:  February 26, 2014
Kansas City, Missouri